# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 20-CR-794 JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT** |
| OMAR ROQUE-BRICENO, | |
| Defendant. | The Honorable Janis L. Sammartino |

Good cause having been shown, the Court continues the Motion Hearing/Trial Setting in this matter from October 30, 2020 to December 11, 2020, at 1:30 p.m. The Court further orders time excluded from the date of this order through December 11, 2020, under the Speedy Trial Act. In light of the ongoing judicial emergency identified in Orders of the Chief Judge Numbers 18, 24, 27, 30, 31(a), 33, 36, and 40, and for the reasons provided in the parties' joint motion, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: October 26, 2020

Hon. Janis L. Sammartino
United States District Judge