# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20CR0794-JLS |
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| OMAR OCTAVIO ROQUE-BRICENO, | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the *Motion Hearing/Trial Setting* currently set for March 12, 2021 at 1:30 p.m. be continued to April 23, 2021 at 1:30 p.m. The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 18 and subsequent related orders.

**SO ORDERED.**

Dated:  March 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge